UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN MOMONGAN,

                      Plaintiff,

    -against-

COPYRIGHTS INC.,

                      Defendant.

23-CV-10555 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 23, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 23, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge